IN RE Peter N. NJANG, Respondent.

Bar Registration No. 456012

No. 16–BG–1246

District of Columbia Court of Appeals.

Filed March 2, 2017

BEFORE: Glickman, Associate Judge, and Pryor and Reid, Senior Judges.

## ORDER

PER CURIAM

On consideration of the Board on Professional Responsibility's Report and Recommendation, and this court's December 27, 2016, order directing respondent to show cause why he should not be suspended pending final action on the Board's report, and no response having been filed, it is

ORDERED that Peter N. Njang is hereby suspended from the practice of law in the District of Columbia pending final disposition of this proceeding. It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI, § 14 relating to suspended attorneys and D.C. Bar R. XI, § 16 (c), dealing with the timing of eligibility for reinstatement as related to compliance with R. XI, § 14, including filing of the required affidavit.